

**/S/ RUSS KENDIG**

Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| GINA LILLIAN MEESE, | CASE NO. 10-62488 |
| Debtor. | JUDGE RUSS KENDIG |
| | **PRELIMINARY ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS** |

This case comes before the Court upon Debtor's application for waiver of the Chapter 7 filing fee, filed on June 14, 2010. The Court will not grant or deny Debtor's application at this time. The Court finds that additional information is necessary before ruling on the application. First, Debtor shall submit three recent consecutive pay stubs to allow the Court to determine her current monthly income. Second, Debtor shall file a copy of her 2009 federal income tax return. The tax return shall be filed as a private document on the court's docket. Debtor should blacken all personally identification information from the documents, including social security numbers and children's names. Third, Debtor shall provide the Court with a brief explanation of her reduced income compared to the amounts listed on question one of the Statement of Financial Affairs.

The requested information will enable the Court to more accurately determine Debtor's ability to pay the filing fee. Debtor shall file the requested information with the Court by no later than **July 5, 2010**.

It is so ordered.

# # #

**Service List:**

Pamela I. Theodotou
Theodotou & Associates
4449 Easton Way 2nd Floor
Columbus, OH 37934

Gina Lillian Meese
6464 Mears Drive NW
Dover, OH 44622